

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

———

PATENTS, TRADEMARKS & COPYRIGHTS



KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: <abuse@cloudflare.com>

**Via First Class Mail**
Copyright Agent, Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA 94107

March 25, 2021

Re: Copyright Claim of allegation of contributory copyright infringement on websites registered or affiliated with Cloudflare

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner American Cinema International, Inc. and Fallen Productions, Inc.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringement of the motion picture **Angel Has Fallen** at the website:
http://www.movieffm.net/movies/angel-has-fallen

Infringements of the motion picture **Infidel** at the websites:
https://92-tv.xyz/vod/play/id/25865/sid/6/nid/1.html
https://92-tv.xyz/vod/play/id/25865/sid/5/nid/1.html

**Exhibit "1"**

Page 2

https://92-tv.xyz/vod/play/id/25865/sid/2/nid/1.html

https://92-tv.xyz/vod/play/id/25865/sid/1/nid/1.html

https://94-tv.xyz/vod/play/id/25865/sid/6/nid/1.html

https://94-tv.xyz/vod/play/id/25865/sid/1/nid/1.html

https://94-tv.xyz/vod/play/id/25865/sid/5/nid/1.html

https://94-tv.xyz/vod/play/id/25865/sid/2/nid/1.html

https://17drama.org/vod/play/id/25865/sid/6/nid/1.html

https://17drama.org/vod/play/id/25865/sid/1/nid/1.html

https://17drama.org/vod/play/id/25865/sid/5/nid/1.html

https://17drama.org/vod/play/id/25865/sid/2/nid/1.html

https://www.92-tv.com/vod/play/id/25865/sid/6/nid/1.html

https://www.tiktokvideodown.com/vod-play-id-246091-sid-2-pid-1.html

https://www.tiktokvideodown.com/vod-play-id-246091-sid-1-pid-1.html

https://www.awsltv.com/vodplay/232225-1-1.html

https://cn.tvju.tv/vodplay/142308-1-1.html

https://cn.52ys.tv/vod/play/id/142308/sid/1/nid/1.html

https://www.imvod.tv/vodplay/142308-1-1.html

https://www.funtv.cc/play/142308-1-1.html

https://www.17tv.tv/vp/42200-1-1.html

https://tw.fun-tv.net/vod/play/id/25865/sid/6/nid/1.html

https://tw.fun-tv.net/vod/play/id/25865/sid/1/nid/1.html

https://tw.fun-tv.net/vod/play/id/25865/sid/5/nid/1.html

https://tw.fun-tv.net/vod/play/id/25865/sid/2/nid/1.html

https://gimy.club/vod/play/id/25865/sid/6/nid/1.html

https://gimy.club/vod/play/id/25865/sid/2/nid/1.html

https://gimy.club/vod/play/id/25865/sid/5/nid/1.html

https://gimy.club/vod/play/id/25865/sid/1/nid/1.html

https://www.duboju.tv/vodplay/118178-1-1.html

https://www.ricevod.com/videoplay/142308-1-1.html

https://www.17ys.net/vodplay/142308-1-1.html

https://www.mmov.cc/vod/play/id/142308/sid/1/nid/1.html

https://www.msyy.cc/play/55457-1-1.html

    <u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit cloudflare.com to locate the material.</u>

Page 3

(1) stream and copy of the motion picture **Angel Has Fallen** distributed at following web domain/IP address:

| Website | IP address |
|---|---|
| Movieffm.net | 104.21.234.88 |

(2) streams and copies of the motion picture **Infidel** distributed at following web domains/IP addresses:

| Website | IP address |
|---|---|
| 92-tv.xyz | 104.21.61.105 |
| 94-tv.xyz | 104.21.30.79 |
| 17drama.org | 104.21.80.110 |
| 92-tv.com | 104.21.47.21 |
| Tiktokvideodown.com | 104.21.234.8 |
| Awsltv.com | 104.21.32.132 |
| Cn.tvju.tv | 104.26.0.6 |
| Cn.52ys.tv | 104.21.75.25 |
| Imvod.tv | 104.26.2.221 |
| Funtv.cc | 104.21.74.24 |
| 17tv.tv | 104.26.0.163 |
| Tw.fun-tv.net | 104.21.24.185 |
| Gimy.club | 104.21.15.224 |
| Duboju.tv | 104.26.14.127 |
| Ricevod.com | 104.21.3.20 |
| 17ys.net | 104.21.88.254 |
| Mmov.cc | 104.21.39.236 |
| Msyy.cc | 104.21.17.127 |

Information reasonably sufficient to permit cloudflare.com to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Joshua Lee, Esq.,

Culpepper IP, LLLC,

Page 4

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com


A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.


I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.


A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.


The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owners, Fallen Productions, Inc. and American Cinema International, Inc. of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/
Joshua Lee


Attachment: Screenshots

17tv.tv





17ys.net





92-tv.com



92-tv.com/vod/play/id/25865/sid/5/nid/1.htmlhttps://92-tv.xyz/vod/play/id/25865/sid/2/nid/1.html

92-TV

Home page   the film   Series   Variety Show   Anime   Movie recommendation   Please enter key words 🔍   Watch history

Pagan 2019BD1280 HD Chinese and English version          Refresh     share it     Last episode     Next episode



AwsItv.com





Cn.52ys.tv





Cn.tvju.tv





Duboju.tv





Funtv.cc





lmvod.tv





Mmov.cc





Msyy.cc





Ricevod.com





Tiktokvideodown.com





# CULPEPPER IP, LLLC

### ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

———

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

\* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

\*\* ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: < copyrightclaims@godaddy.com>

**Via First Class Mail**
Copyright Agent
GoDaddy.com, LLC
14455 N. Hayden Rd.
Scottsdale,  AZ  85260

March 25, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Godaddy

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner American Cinema International, Inc.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringements of the motion picture **Infidel** at the website:

https://www.msyy.cc/play/55457-1-1.htmlhttps://www.funtv.cc/play/142308/1-1.html

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Godaddy to locate the material.

Page 2

(1) streams and copies of the motion picture **Infidel** distributed at following web domain:

| Website |
|---------|
| Msyy.cc |

(2) Screenshots provided below

<u>Information reasonably sufficient to permit Godaddy to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>American Cinema International, Inc.,</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/
Joshua Lee

Page 3

Screenshots:

Msyy.cc



Page 4





# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**<u>Via Email</u>**: < legal@namecheap.com>

**<u>Via First Class Mail</u>**
Sergio Hernandez
Namecheap, Inc. Legal
4600 East Washington Street, Suite 305
Phoenix, AZ  85034

March 25, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Namecheap

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act
on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner <u>American Cinema International, Inc.</u>

/Joshua Lee/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works at a single online site are covered by a single notification, a representative
list of such works on that site.</u>

Infringements of the motion picture **<u>Infidel</u>** at the websites:
https://92-tv.xyz/vod/play/id/25865/sid/6/nid/1.html
https://92-tv.xyz/vod/play/id/25865/sid/5/nid/1.html
https://92-tv.xyz/vod/play/id/25865/sid/2/nid/1.html
https://92-tv.xyz/vod/play/id/25865/sid/1/nid/1.html
https://94-tv.xyz/vod/play/id/25865/sid/6/nid/1.html
https://94-tv.xyz/vod/play/id/25865/sid/1/nid/1.html
https://94-tv.xyz/vod/play/id/25865/sid/5/nid/1.html

Page 2

https://94-tv.xyz/vod/play/id/25865/sid/2/nid/1.html
https://17drama.org/vod/play/id/25865/sid/6/nid/1.html
https://17drama.org/vod/play/id/25865/sid/1/nid/1.html
https://17drama.org/vod/play/id/25865/sid/5/nid/1.html
https://17drama.org/vod/play/id/25865/sid/2/nid/1.html
https://www.92-tv.com/vod/play/id/25865/sid/6/nid/1.html
https://www.awsltv.com/vodplay/232225-1-1.html
https://tw.fun-tv.net/vod/play/id/25865/sid/6/nid/1.html
https://tw.fun-tv.net/vod/play/id/25865/sid/1/nid/1.html
https://tw.fun-tv.net/vod/play/id/25865/sid/5/nid/1.html
https://tw.fun-tv.net/vod/play/id/25865/sid/2/nid/1.html
https://gimy.club/vod/play/id/25865/sid/6/nid/1.html
https://gimy.club/vod/play/id/25865/sid/2/nid/1.html
https://gimy.club/vod/play/id/25865/sid/5/nid/1.html
https://gimy.club/vod/play/id/25865/sid/1/nid/1.html

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Namecheap to locate the material.</u>

(1) streams and copies of the motion picture **Infidel** distributed at following web domain:

| Website |
| --- |
| 92-tv.xyz |
| 94-tv.xyz |
| 17drama.org |
| 92-tv.com |
| Awsltv.com |
| Tw.fun-tv.net |
| Gimy.club |

(2) Screenshots provided below

Page 3

<u>Information reasonably sufficient to permit Namecheap to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com


<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>


I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.


<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>


The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>American Cinema International, Inc.,</u> of an exclusive right that is allegedly infringed.


Sincerely,
/Joshua Lee/


Joshua Lee


Screenshots:

92-tv.com

Page 4



Page 5

Awsltv.com







# CULPEPPER IP, LLLC

### ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

\* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

\*\* ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: < legal@namesilo.com>

**Via First Class Mail**
Kristaps Ronka
NameSilo, LLC
1300 E. Missouri Avenue, Suite A-110
Phoenix, AZ  85014

March 25, 2021

Re: Copyright Claim of allegation of contributory copyright infringement on websites registered or affiliated with Namesilo

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner American Cinema International, Inc.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringements of the motion picture **Infidel** at the websites:
https://www.tiktokvideodown.com/vod-play-id-246091-sid-2-pid-1.html
https://www.tiktokvideodown.com/vod-play-id-246091-sid-1-pid-1.html
https://cn.tvju.tv/vodplay/142308-1-1.html
https://cn.52ys.tv/vod/play/id/142308/sid/1/nid/1.html
https://www.imvod.tv/vodplay/142308-1-1.html
https://www.zhuijuju.com/vodplay/128747-1-1.html
https://www.236230.com/vodplay/84654-1-1/

Page 2

https://www.funtv.cc/play/142308/1-1.html

https://www.17tv.tv/vp/42200-1-1.html

https://www.duboju.tv/vodplay/118178-1-1.html

https://www.ricevod.com/videoplay/142308-1-1.html

https://www.17ys.net/vodplay/142308-1-1.html

https://www.mmov.cc/vod/play/id/142308/sid/1/nid/1.html


<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Namesilo to locate the material.</u>


(1) streams and copies of the motion picture **Infidel** distributed at following web domain:

| Website |
| --- |
| Tiktokvideodown.com |
| Cn.tvju.tv |
| Cn.52ys.tv |
| Imvod.tv |
| Zhuijuju.com |
| 236230.com |
| Funtv.cc |
| 17tv.tv |
| Duboju.tv |
| Ricevod.com |
| 17ys.net |
| Mmov.cc |


<u>Information reasonably sufficient to permit Namesilo to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Page 3

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com


<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>


I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.


<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>


The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>American Cinema International, Inc.,</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/

Joshua Lee


Attached: Screenshots

Screenshots:

Tiktokvideodown.com





Cn.tvju.tv





Cn.52ys.tv





Imvod.tv





Zhuijuju.com





236230.com





Funtv.cc





17tv.tv







Duboju.tv





Ricevod.com





17ys.net





Mmov.cc



